UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE                              +
                                   +          Case No. 21-31311
Katrina Thorpe Adams               +
Debtor                             +

### NOTICE OF APPEARANCE

    Comes now Larry Darby and gives notice to this Honorable Court
that he represents PMI River Region Inc., the current landlord in this
cause, and requests notice.

            Respectfully submitted,


                                   /s/   Larry Darby_____
                                   Larry E. Darby
                                   Attorney for Creditor


Darby Law Firm, LLC
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com



### CERTIFICATE OF SERVICE

    I certify that the foregoing will be filed electronically
(CM/ECF) and will be served upon the following:



Stephen L. Klimjack               Sabrina McKinney, Trustee
1306 Government St                P.O. Box 173
Mobile, AL 36602                  Montgomery, AL 36101




                                   /s/   Larry Darby_____
                                   Larry E. Darby